**LOREN S. YOUNG, ESQ**.
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 W Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Telephone:     (702) 257-1997
Facsimile:     (702) 257-2203
lyoung@lgclawoffice.com
jwhite@lgclawoffice.com

Attorneys for Defendant,
TARGET CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LISA MICHELLE DELANEY, an Individual;<br><br>      Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION; STORE #265, a Foreign Corporation; DAYTON HUDSON CORPORATION, a Foreign Corporation; DOE TARGET EMPLOYEE, an individual; DOE MAINTENANCE COMPANY, inclusive; DOE MAINTENANCE EMPLOYEE, an individual; DOE SHOPPING CART MANUFACTURER, inclusive; DOE INDIVIDUALS 1-20, inclusive; ROE ENTITIES 1-20, inclusive,<br><br>      Defendants. | CASE NO: 2:25-cv-00818-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES ONLY**<br><br>**[First Request]** |

Pursuant to Fed. R. Civ. P. 6, Fed. R. Civ. P. 26, LR 26-1 and LR 26-4, Plaintiff, LISA MICHELLE DELANEY ("Plaintiff"), by and through her attorney of record, JUSTIN ZARCONE, ESQ., of the law firm DIMOPOULOS INJURY LAW, and Defendant, TARGET CORPORATION ("Defendant"), by and through its attorneys of record, LOREN S. YOUNG, ESQ. and JULIE A. WHITE, ESQ., of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP and RUSTY GRAF, ESQ., of the law firm BLACK & WADHAMS, (collectively, "the Parties") hereby stipulate and agree

-1-

to a sixty (60) day continuance of the current discovery deadlines to give the Parties additional time to conduct discovery and discuss possible resolution.

**I.      DISCOVERY COMPLETED**

1.    Plaintiff served her Initial Disclosure of Documents and List of Witnesses Pursuant to NRCP 16.1 on April 24, 2025.

2.    Defendant served its Initial Disclosure Pursuant to FRCP 26(a) on June 6, 2025.

3.    Plaintiff served Requests for Admissions, Requests for Production, and Interrogatories on July 30, 2025.

4.    Defendant served its Responses to Plaintiff's Requests for Admissions, Requests for Production, and Interrogatories on August 29, 2025.

5.    Defendant served Requests for Production of Documents and Interrogatories on October 2, 2025.

6.    Defendant served its First Supplemental Disclosure Pursuant to FRCP 26(a) on October 24, 2025.

7.    Plaintiff served its Responses to Defendant's Requests for Production of Documents and Interrogatories on December 1, 2025.

8.    Plaintiff served her First Supplemental Initial List of Witnesses and Documents Pursuant to FRCP 26(a) on February 24, 2026.

**II.     DISCOVERY REMAINING TO BE COMPLETED**

1.    Initial and Rebuttal expert disclosures

2.    Deposition of Plaintiff

3.    Depositions of percipient witnesses

4.    Depositions of FRCP 30(b)(6) witnesses

5.    Expert witness depositions

6.    Additional written discovery as needed

**III.    REASONS WHY DISCOVERY SHOULD BE EXTENDED**

This matter concerns a personal injury matter involving a shopping cart. The Parties have been actively participating in discovery. Notwithstanding, the Parties seek additional time to obtain

Plaintiff's medical records, schedule depositions of percipient witnesses and Plaintiff's treating providers. While the parties have been actively coordinating releases and production of Plaintiff's medical treatment records, the parties are in resolution discussion amongst counsel.  Plaintiff recently disclosed a substantial Worker's compensation lien, treatment and PPD.  This has required additional discovery, obtaining records and having experts review those records of treatment.  The parties request an extension to avoid additional costs and fees, as counsel work to resolve this matter.

The Parties are acting in good faith, and the request is not intended to cause unnecessary delay or prejudice to any party. The Parties anticipate no further extensions will be required and put forth that additional time is necessary in order to complete the remaining discovery. The Parties agree this request is not made for the purpose of delay, but to ensure just adjudication of the case on the merits, and that neither party will be prejudiced by the requested extension. The Parties will continue to work cooperatively with each other to complete discovery.

**IV.    <u>PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY</u>**

It is hereby stipulated that the discovery cutoff deadline be extended for a period of sixty (60) days. If approved, the new discovery deadlines would be modified as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| Event Deadline | Current Date | Proposed Date |
|---|---|---|
| Close of Discovery | 06/02/2026 | 08/03/2023[1] |
| Motions to Amend Pleadings | 03/03/2026 | **Closed** |
| Initial Expert Disclosures | 04/03/2026 | **06/04/2026** |
| Rebuttal Expert Disclosures | 05/03/2026 | **07/06/2026[2]** |
| Dispositive Motions | 07/11/2026 | **09/02/2026** |
| Joint Pre-Trial Order | 08/10/2026 | **10/02/2026** |

**IT IS SO STIPULATED AND AGREED.**

DATED this 26th day of March, 2026          DATED this 27th day of March, 2026

/s/ Justin Zarcone_____          /s/ Loren S. Young_____
Justin Zarcone, Esq.                                    Loren S. Young, Esq.
DIMOPOULOS INJURY LAW                     Julie A. White, Esq.
6671 South Las Vegas Boulevard, Suite 275   LINCOLN, GUSTAFSON & CERCOS, LLP
Las Vegas, Nevada 89119                          7670 W. Lake Mead Blvd., Suite 200
Attorney for Plaintiff,                               Las Vegas, Nevada 89128
Lisa Michelle Delaney                              Attorneys for Defendant, Target Corporation

DATED this 27th day of March, 2026

/s/ Sasha Araujo_____
Rusty Graf, Esq.
Sasha Araujo, Esq.
BLACK & WADHAMS
10777 W. Twain Avenue, Third Floor
Las Vegas, Nevada 89135
Attorneys for Defendant,
Target Corporation, Store #265

**ORDER**

IT IS SO ORDERED.

The parties' proposed 08/03/2023 discovery cut off appears to be a typographical error. The Court construes parties to request 08/03/2026 as the new close of discovery.  Therefore, **IT IS FURTHER ORDERED** that the close of discovery is 08/03/2026. All other deadlines proposed by the parties are also accepted.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

Dated: April 9, 2026

_____

[1] Actual date is August 1, 2026, which is a Saturday.
[2] Actual date is July 4, 2026, which is a Saturday.