**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 W Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
lyoung@lgclawoffice.com
jwhite@lgclawoffice.com

Attorneys for Defendant,
TARGET CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LISA MICHELLE DELANEY, an Individual;<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION; STORE #265, a Foreign Corporation; DAYTON HUDSON CORPORATION, a Foreign Corporation; DOE TARGET EMPLOYEE, an individual; DOE MAINTENANCE COMPANY, inclusive; DOE MAINTENANCE EMPLOYEE, an individual; DOE SHOPPING CART MANUFACTURER, inclusive; DOE INDIVIDUALS 1-20, inclusive; ROE ENTITIES 1-20, inclusive,<br><br>Defendants. | CASE NO: 2:25-cv-00818-GMN-MDC<br><br>**STIPULATION AND ORDER FOR DIMISSAL OF ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff, LISA MICHELLE DELANEY, by and thorough her attorneys of record, JUSTIN ZARCONE, ESQ., of the law firm DIMOPOULOS INJURY LAW; and Defendant, TARGET CORPORATION, by and through its attorney of record, LOREN S. YOUNG, ESQ. and JULIE A. WHITE, ESQ., of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP and RUSTY GRAF, ESQ., of the law firm BLACK & WADHAMS, that Plaintiff LISA MICHELLE DELANEY's Complaint, as well as all cross-claims,

counter-claims, or other related claims, are hereby dismissed as to all parties, with prejudice, each party to bear their attorney's fees and costs.

DATED this 15th day of July, 2026

**DIMOPOULOS INJURY LAW**

*/s/ Justin Zarcone*
**JUSTIN ZARCONE, ESQ.**
Nevada Bar No. 8735
6671 South Las Vegas Boulevard, Suite 275
Las Vegas, Nevada 89119
*Attorney for Plaintiff,*
*Lisa Michelle Delaney*

DATED this 15th day of July, 2026

**LINCOLN, GUSTAFSON & CERCOS, LLP**

*/s/ Loren S. Young*
**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
*Attorneys for Defendant, Target Corporation*

DATED this 7th day of July, 2026

**BLACK & WADHAMS**

*/s/ Rusty Graf*
**RUSTY GRAF, ESQ.**
Nevada Bar No. 6322
10777 W. Twain Avenue, Third Floor
Las Vegas, Nevada 89135
*Attorneys for Defendant,*
*Target Corporation, Store #265*

IT IS SO ORDERED.

The Clerk of Court is kindly directed to close this case.

Dated this 15 day of July, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT